[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-13172
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00031-MP-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEFFERY MICHAEL JACKSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(March 30, 2015)

Before HULL, JULIE CARNES and FAY, Circuit Judges.

PER CURIAM:

Joseph DeBelder, counsel for Jeffery Jackson in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jackson's conviction and sentence are **AFFIRMED**.